The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YASHASVI SINGH,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.,*<br><br>Defendants. | Case No. 2:26-cv-03639-JNW<br><br>STIPULATED MOTION TO DISMISS AND ORDER<br><br>Noted for Consideration:<br>November 3, 2026 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own attorneys' fees and costs. Pro Se Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia,* to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-765, Application for Employment Authorization. USCIS has adjudicated the Form I-765, and this case is now moot.

//

//



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 3rd day of November, 2026.

Respectfully submitted,

*s/ Madeline D. Swan*
MADELINE D. SWAN, Cal. Bar No. 318179
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: madeline.swan@usdoj.gov

*Attorney for Defendants*

*I certify that this memorandum contains 77 words, in compliance with the Local Civil Rules.*

*Please see filed PDF for Plaintiff's Signature*
YASHASVI SINGH, *Pro Se* Plaintiff
24903 123rd Pl SE
Kent, WA 98030
Phone: 206-399-4583
Email: singhyashasvi01@gmail.com

**ORDER**

The case is dismissed without prejudice. It is so **ORDERED**.

DATED this 4th day of November, 2026.

JAMAL N. WHITEHEAD
United States District Judge



**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970